# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SALOOMEH TEHRAN, *et al.*,<br><br>                  Plaintiffs,<br><br>    v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, *et al.*,<br><br>                  Defendants. | Case No. 25-cv-1584 (JMC) |

## <u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, the Court **GRANTS** Defendants' Motion to Dismiss. ECF No. 7. Accordingly, the Complaint, ECF No. 1 is **DISMISSED** in its entirety.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

The Clerk of Court shall terminate this case.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: December 11, 2025

1